**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Thomas Harmet, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:20−cv−05605
                                                      Honorable Joan H. Lefkow

Medline Industries, Inc, et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 13, 2020:

    MINUTE entry before the Honorable Joan H. Lefkow: Pursuant to the notice of voluntary dismissal [3], this case is dismissed with prejudice. Civil case terminated. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.